IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **RHEE BROS., INC.** | * | |
| **Plaintiff** | * | CIVIL ACTION NO. AMD 01CV 1894 |
| v. | | |
| | * | |
| **HAN AH REUM, Corp.** | | |
| | * | |
| **Defendants** | | |

* * * * * * * * * * * * * * * *

### ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSES TO DEFENDANTS' COUNTERCLAIM AND MOTIONS TO DISMISS

Upon consideration of the Motion filed by Plaintiff Rhee Bros., Inc. ("Rhee Bros.") to extend time within which it is permitted to respond to the Counterclaim of Defendants Han Ah Reum Corp. ("HAR-VA"), and HAR Wheaton, Inc., ("HAR Wheaton"), and the Motions to Dismiss filed by HAR-VA, HAR Wheaton and Defendant Il Yeon Kwon ("Kwon"), it appearing that there is good cause for the extension and that the Defendants HAR-VA, HAR Wheaton, and Kwon have consented to the extension, it is this 27th day of Sept., 2001, by the United States District Court for the District of Maryland:

ORDERED, that the time within which Plaintiff Rhee Bros. is permitted to respond to the Counterclaim by Defendants HAR-VA and HAR Wheaton, and to the Motions to Dismiss filed by Defendants HAR-VA, HAR Wheaton and Kwon, and hereby is, extended through and including Wednesday, October 31, 2001.

_____
Andre M. Davis
United States District Judge
District of Maryland

