UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

November 1, 2001

MEMORANDUM TO COUNSEL RE:   Rhee Bros., Inc. v. Han Ah Reum Corp.,
                            Civ. No. AMD 01-1894

    I have scheduled a hearing on all open motions for Tuesday, November 20, 2001, at 3:00 p.m. I expect that the hearing will take no more than 90 minutes; the focus of course will be on the pending motions to dismiss. Please bring your calendars with you so that, as appropriate, a firm schedule for the progress of this case might be agreed upon.

    Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

