IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

RHEE BROS., INC.

   Plaintiff

v.          CIVIL ACTION NO. AMD 01CV 1894

HAN AH REUM, Corp.

   Defendants

* * * * * * * * * * * * * * *

### ORDER GRANTING CONSENT MOTION BY PLAINTIFF RHEE BROS., INC. AND DEFENDANTS HAN AH REUM, CORP., HAR WHEATON, INC., AND IL YEON KWON

On the 1st day of November, 2001, the Court considered a Consent Motion addressing various procedural issues in this case filed by Plaintiff Rhee Bros., Inc. and Defendants Han Ah Reum, Corp., HAR Wheaton, Inc. and Il Yeon Kwon. The Court finds that there is good cause to grant the Consent Motion, and that granting the Motion will conserve judicial resources and the resources of the parties to the Motion. It is therefore,

ORDERED, that the Motion to Dismiss for Insufficiency of Service of Process filed by Defendant Il Yeon Kwon is withdrawn, and that Defendant Il Yeon Kwon shall be deemed to have made a general appearance in this case, thus waiving any objections concerning process or service of process on him; it is further,

ORDERED, that Defendant Il Yeon Kwon is granted an extension of time in which to file an Answer to the Complaint until ten (10) days after the final disposition by this Court, including disposition of a Motion for Reconsideration, if any, filed by a party, of the Motion to Dismiss for



Failure to State a Claim filed by Defendants Han Ah Reum, Corp. and HAR Wheaton, Inc.; it is further,

ORDERED, that HAR Wheaton, Inc. shall be deemed a Defendant in this case, and shall substituted for the Defendant identified in the Complaint as "John Doe T/a Han Ah Reum Asian Supermarket" for all purposes; it is further,

ORDERED, that Defendant Il Yeon Kwon shall be deemed to have joined in the Motion to Dismiss for Failure to State a Claim concerning the claims of trademark dilution filed by Defendants Han Ah Reum, Corp. and HAR Wheaton, Inc., and that this Court's ruling on such Motion shall be binding on Defendant Kwon; it is further,

ORDERED, that Defendants Han Ah Reum, Corp., HAR Wheaton, Inc., and Il Yeon Kwon shall be deemed to have consented to the amendment of the Complaint by Plaintiff Rhee Bros., Inc., subject to any limitations imposed by this Court on such amendment as a result of any motions made by Defendants Seoul Shik Poom, Inc. and Joong Kwon, PROVIDED, however, that such consent shall not be deemed a waiver by these Defendants of the right to seek dismissal of any new claims asserted by Rhee Bros. in such amended Complaint.

IT IS SO ORDERED.

_____
Andre M. Davis
United States District Court Judge