IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RHEE BROS., INC.,                :
    Plaintiff                :
                             :
v.                               :   Civil No. AMD 01-1894
                             :
HAN AH REUM CORP., et al.,       :
    Defendants               :
                         ...o0o...

## ORDER

In accordance with the foregoing Memorandum, it is this 31st day of December, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That the defendants' motion to dismiss for failure to state a claim (Paper No. 6) is DENIED; and it is further ORDERED

(2) That the defendant's motion to dismiss for failure to state a claim (Paper No. 13) is DENIED; and it is further ORDERED

(3) That the defendant's motion to dismiss for lack of jurisdiction over the person (Paper No. 12) is DENIED WITHOUT PREJUDICE; and it is further ORDERED

(4) That the Clerk shall TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

                                                _____
                                                ANDRE M. DAVIS
                                                UNITED STATES DISTRICT JUDGE