UNITED STATES DISTRICT COURT
For The
DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **RHEE BROS.** ) <br> Plaintiff ) <br> Vs. ) <br> **HAN AH REUM CORP.** ) <br> Et Al ) <br> Defendants ) <br> ) | AMD 01 CV 1894 | FILED ___ ENTERED <br> LODGED ___ RECEIVED <br> JAN 23 2002 <br> AT BALTIMORE <br> CLERK U.S. DISTRICT COURT <br> BY DISTRICT OF MARYLAND <br> DEPUTY |

## ORDER GRANTING CONSENT MOTION FOR LEAVE TO AMEND

This matter coming on to be heard on consent motion, pursuant to Rule 15(a), F.R.Civ.P., of Defendants Han Ah Reum, Corp., HAR Wheaton, Inc., and Il Yeon Kwon for leave to amend, notice having been given and the Court being advised in the premises, said motion is granted.

Dated: 1/23, 2002

_____
United States District Judge

Copies to:
Stephen C. Leckar, Esq.
Butera & Andrews
1301 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20004

Benjamin Lambiotte, Esq.
Garvey, Schubert & Barer
1000 Potomac St., NW
Fifth Floor
Washington, D.C. 20007

Jonathan Ahn, Esq. & James A. Johnson, Esq.
Semmes, Bowen & Semmes, P.C.
250 West Pratt St.
Baltimore, MD 21201

H. Patrick Stringer, Esq
Mudd, Harrison & Burch
105 W. Chesapeake
Suite 300
Towson, MD 21204


James Wharton, Esq. & David Roling, Esq.
Wharton, Levin, Ehrmantraut, Klein & Nash, P.A.
P.O. Box 551
Annapolis, MD 21404