UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RHEE BROTHERS, | * | |
| Plaintiff | * | |
| v. | * | Civil No. AMD 01 CV 1894 |
| HAN AH REUM CORP., et al. | * | |
| Defendants | * | |

___FILED ___ENTERED
___LODGED ___RECEIVED

FEB 2 1 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER GRANTING CONSENT MOTION

This matter coming on to be heard on Consent Motion, pursuant to Rule 15(a), F.R.Civ.P., of Defendants, Seoul Shik Poom, Inc. and Joong Kwon, for Leave to File Answer to Amended Complaint and Counterclaim, notice having been given, and the Court being advised in the premises, said Motion is granted.

Date: 2/21/2002

_____
United States District Judge

Copies to:

Jonathan Ahn, Esquire
James A. Johnson, Esquire
Semmes, Bowen & Semmes, P.C.
250 West Pratt Street
Baltimore, MD 21201

Stephen C. Leckar, Esquire
Butera & Andrews
1301 Pennsylvania Avenue, N.W.,
Suite No. 500
Washington, DC 20004

James T. Wharton, Esquire
David A. Roling, Esquire
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street, P.O. Box 551
Annapolis, MD 21404-0551

