IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **RHEE BROS., INC.** | * |
| Plaintiff | *   CIVIL ACTION NO. AMD 01CV 1894 |
| v. | * |
| **HAN AH REUM, Corp., et al** | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT ORDER OF PERMANENT INJUNCTION AND DISMISSAL**

The Court having read and considered the Stipulation for Entry of Consent Permanent Injunction and Dismissal, which has been duly executed by Plaintiff, Rhee Bros., Inc. and Defendants (1) Han Ah Reum, Corp., t/a Han Ah Reum, (2) HAR Wheaton, Inc., t/a Han Ah Reum, and (3) Il Yeon Kwon (jointly and severally "Defendants"); and good cause appearing therefor, hereby ORDERS that a PERMANENT INJUNCTION shall be and is hereby entered in the within action as follows:

1. Without admitting or denying the alleged infringing activities in the Complaint and in the Amended Complaint, Defendants Han Ah Reum, Corp. and HAR Wheaton, Inc., together with their agents, employees, and those acting in concert or with them who have authority to manage and control their business activities, are hereby permanently enjoined and restrained from offering, selling, marketing, distributing and/or otherwise promoting, directly or indirectly,

    a) products manufactured or packaged by Seoul Shik Poom, Inc., using the Plaintiff's trademark "Soon Chang Chap Sal Hot Bean Paste" under the brand name of Choripdong or any other brand name, and



    b)    any products manufactured, supplied or distributed by a third party, or defined herein, using the Plaintiff's trademark "Soon Chang Chap Sal Hot Bean Paste."

2. All claims alleged in the Plaintiff's Complaint and Amended Complaint against Defendants shall be and are dismissed from this action with prejudice.

3. All counterclaims alleged in the Defendants' Answer and Counterclaim, and Amended Answer and Counterclaim against Plaintiff shall be and are dismissed from this action with prejudice.

4. The Court shall retain jurisdiction of the action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Order and the Parties' Confidential Settlement Agreement, which is incorporated by reference. This Order may be modified or vacated pursuant to the terms of the Confidential Settlement Agreement.

_____
United States District Judge
Date/Time: December 6, 2002

_____
Jonathan Ilsong Ahn, Esq.
Astrachan Gunst Thomas & Ahn
20 South Charles Street, 6th Floor
Baltimore, Maryland 21201
(410) 783-3526

Attorney for Plaintiff

_____
Stephen C. Leckar, Esq.
Butera & Andrews
1301 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20004
(202) 347-6875

Benjamin Lambiotte, Esq.
Garvey Schubert & Barer
1000 Potomac Street, N.W., 5th Floor
Washington, D.C. 20007
(202) 965-7880

Attorneys for Defendants Han Ah Reum, Corp. t/a Han Ah Reum, HAR Wheaton, Inc., t/a Han Ah Reum, and Il Yeon Kwon, individually and t/a Han Ah Reum

_____
H. Patrick Stringer, Esq.
Mudd, Harrison & Burch
105 W. Chesapeake, Suite 300
Towson, MD 21204
(410) 828-1335

Attorneys for Defendant HAR Wheaton, Inc.
T/a Han Ah Reum