**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 6, 2003

```
___FILED    ___ENTERED
___LODGED   ___RECEIVED

     JAN 0 6 2003

       AT BALTIMORE
   CLERK U.S. DISTRICT COURT
    DISTRICT OF MARYLAND
                      DEPUTY
```

MEMORANDUM TO COUNSEL RE:

Rhee Brothers v. Han Ah Reum Corp.
Civil No. AMD 01-1894

    I confess I am quite in the dark as to the recent motion to vacate the stipulated dismissal of certain defendants. I have never understood Rule 41 to have any relevance to the prerogative of plaintiff to settle with fewer than all defendants; there have been no cross claims asserted in this case.

    Accordingly, the motion to vacate (Paper No. 39) is DENIED. If I have missed something, I am confident that you will bring it to my attention promptly in a motion for reconsideration.

    Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt

