IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| RHEE BROS., INC. | * | |
| Plaintiff | * | CIVIL ACTION NO. AMD 01CV 1894 |
| vi. | * | |
| HAN AH REUM Corp., et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion for Extension of Time in Which to File an Response to Defendant Seoul Shik Poom, Inc.'s Motion to Strike Expert Designation of Plaintiff,

IT IS this _8th_ day of _Jan_, 2003,

ORDERED that the Consent Motion be and hereby is GRANTED;

It is further ORDERED that Plaintiff Rhee Bros., Inc., has until and including Thursday, January 23, 2003 to file its response to Seoul Shik Poom's Motion to Strike Expert Designation of Plaintiff.

SO ORDERED.

_____
Judge Andre M. Davis
United States District Court for the District of Maryland

24688                                    4