UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RHEE BROTHERS, | * | |
| Plaintiff | * | |
| v. | * | Civil No. AMD 01 CV 1894 |
| HAN AH REUM CORP., et al. | * | |
| Defendants | * | |

### STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

Pursuant to Rules 29 and 36, Federal Rules of Civil Procedure, the parties agree that the time for defendant, Seoul Shik Poom, Inc.'s Response to the Request for Admissions by plaintiff Rhee Brothers, Inc. be extended to and including February 7, 2003.

It is also agreed between the parties that the plaintiff, Rhee Brothers, Inc., has until and including February 7, 2003 to file its response to Seoul Shik Poom's Motion to Strike Expert Designation of Plaintiff.

Jonathan I Ahn (22262) / JTW by consent
Astrachan Gunst Thomas & Ahn, P.C.
20 South Charles Street, 6th Floor
Baltimore, MD 21201
410 783 3550

APPROVED THIS ____ DAY OF _____, 2003

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

James T. Wharton

David A. Roling

WHARTON, LEVIN, EHRMANTRAUT & KLEIN
P.O. Box 551
Annapolis, MD 21404-0551
(410) 263-5900

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13TH day of JANUARY, 2003 a copy of the foregoing was mailed, postage prepaid, to:

Jonathan Ahn, Esquire
Astrachan, Gunst, Thomas & Ahn
20 South Charles Street, 6th Floor
Baltimore, MD 21201

_____
James T. Wharton