# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

**Jonathan Ilsong Ahn**
Direct Dial: 410-576-4783
Email: jahn@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

May 1, 2003

The Honorable Andre M. Davis
United States District Court Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Rhee Bros., Inc. v. Han Ah Reum, Corp., et al.*,
              Civil Action No. AMD 01 CV 1894

Dear Judge Davis:

We provide this status report to you in accordance with the Scheduling Order.

**Status of Settlement**

The Plaintiff has settled with all of the Defendants in the above-captioned matter. Plaintiff is waiting for signature on the settlement documents from Defendant Seoul Shik Poom, Inc.

**Status of Discovery**

Since the parties have settled this matter, no discovery would be required.

**Status of Motions**

None pending at this time.

# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

The Honorable Andre M. Davis
May 1, 2003
Page 2

**<u>Jury or Non-Jury Election</u>**

    None.

                      Respectfully submitted,

                      /s/

                      Jonathan Ilsong Ahn


                      /s/

                      David Roling
                      (signed by Jonathan Ilsong Ahn
                      with permission of David Roling)

JIA:dbj

(B0340559.WPD;1)