IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RHEE BROTHERS, INC., <br>     Plaintiff | : <br> : <br> : | |
| v. | : <br> : | Civil No. AMD 01-1894 |
| HAN AH REUM CORP, et al., <br>     Defendants | : <br> : | |

...o0o...

### SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court, having been advised by counsel for the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any,

IT IS ORDERED that this action is hereby DISMISSED with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen any such action if settlement is not consummated. If no such motion is filed within 30 days, the dismissal of this action is with prejudice.

The Clerk shall CLOSE THIS CASE.

Filed: May 2, 2003

/s/
Andre M. Davis
United States District Judge