IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RHEE BROS., INC.,                       :
    Plaintiff                        :
                                     :
v.                                      :   Civil No. AMD 01-1894
                                     :
HAN AH REUM CORPORATION, et al.,        :
    Defendants                       :

...o0o...

## MEMORANDUM

Plaintiff has filed its "Motion to Reopen the Case and to Enforce Settlement Agreement Against Defendant Seoul Shik Poom, Inc." and defendants Seoul Shik Poom, Inc., and Joong Kwon have filed a memorandum in opposition to plaintiff's motion. I have carefully considered the parties' filings, including the exhibits thereto, the authenticity and probative value of none of which have been put in question. It is clear as a matter of law that this case was settled by the parties and that the exchange of correspondence, including e-mails, by counsel plainly and unambiguously evidence the parties' settlement agreement. Nor is there any genuine dispute of material fact as to the authority of counsel to bind their clients to the terms of the settlement agreement. Accordingly, plaintiff's motion shall be granted and the settlement agreement enforced. An Order follows.

Filed: June 21, 2003                                      /s/
                                                        ANDRE M. DAVIS
                                                        UNITED STATES DISTRICT JUDGE