IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**RHEE BROS., INC.**                           *

      **Plaintiff**                           *   CIVIL ACTION NO. AMD 01CV 1894

v.

                                                *

**HAN AH REUM, CORP., et al.**

                                                *

      **Defendants**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Plaintiff's Motion to Reopen and to Enforce Settlement Agreement Against Defendant Seoul Shik Poom, and any opposition thereto, it is this 21st day of June, 2003,

ORDERED, that the Motion be and hereby is GRANTED; it is

FURTHER ORDERED that within 5 days of this Order the Defendant Seoul Shik Poom shall deliver the executed settlement documents consisting of (1) Confidential Settlement Agreement, (2) Non-Exclusive License Agreement for Dol Guk Mi Yuk Trademark, (3) Stipulation for Entry of Permanent Injunction and Dismissal, and (4) proposed Consent Order for Permanent Injunction and Dismissal; and it is

FURTHER ORDERED that within 5 days of this Order the Defendant Seoul Shik Poom shall deliver settlement payments and licensing fee as set forth in the Confidential Settlement Agreement and in the Non-Exclusive License Agreement for Dol Guk Mi Yuk Trademark; and it is

FURTHER ORDERED that, as provided in the Confidential Settlement Agreement, the Defendant Seoul Shik Poom shall pay Plaintiff its attorneys' fees and costs incurred in connection with Plaintiff's effort to enforce the Confidential Settlement Agreement. Plaintiff shall submit

within 5 days of this Order evidence of attorneys' fees and costs incurred in

connection with its efforts to enforce the Confidential Settlement Agreement.

                                                                /s/
                                            Judge Andre M. Davis
                                            United States District Court
                                            District of Maryland

cc:     Jonathan Ilsong Ahn, Esquire
        Semmes, Bowen & Semmes
        250 West Pratt Street
        Baltimore, MD 21201

        David A. Roling, Esq.
        Wharton Levin Ehrmantraut Klein & Nash
        104 West Street
        P.O. Box 551
        Annapolis, Maryland   21404-0551

        Stephen C. Leckar, Esq.
        Butera & Andrews
        1301 Pennsylvania Ave., N.W. Suite 500
        Washington, D.C.,   20004

        Benjamin Lambiotte, Esq.
        Garvey Schubert & Barer
        1000 Potomac Street, N.W., Fifth Floor
        Washington, D.C.   20007

        H. Patrick Stringer, Esq.
        Mudd, Harrison & Burch
        300 Jefferson Building
        105 W. Chesapeake Avenue
        Towson, Maryland   21204

Rhee bros - ssp order to reopen  (B0345559.WPD;1)