# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **RHEE BROS., INC.** | * | |
|     **Plaintiff** | * | **CIVIL ACTION NO. AMD 01CV 1894** |
| **v.** | * | |
| **HAN AH REUM, Corp., et al** | * | |
|     **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT ORDER OF PERMANENT INJUNCTION AND DISMISSAL

The Court having read and considered the Stipulation for Entry of Consent Permanent Injunction and Dismissal, which has been duly executed by Plaintiff, Rhee Bros., Inc. and Defendants (1) Seoul Shik Poom, Inc., and (2) Joong Kwon (jointly and severally "Defendant-SSPs"); and good cause appearing therefor, hereby ORDERS that a PERMANENT INJUNCTION shall be and is hereby entered in the within action as follows:

1. Without admitting or denying the alleged infringing activities in the Complaint and in the Amended Complaint, Defendants Seoul Shik Poom, Inc. and Joong Kwon, together with their agents, employees, and those acting in concert or with them who have authority to manage and control their business activities, are hereby permanently enjoined and restrained from offering, selling, marketing, distributing and/or otherwise promoting, directly or indirectly,

   a) products manufactured or packaged by Seoul Shik Poom, Inc., using the Plaintiff's trademark "Soon Chang Chap Sal Hot Bean Paste" under the brand name of Choripdong or any other brand name, and

{B0322134:1}

    b)    any products manufactured, supplied or distributed by any third party using the Plaintiff's trademark "Soon Chang Chap Sal Hot Bean Paste."

2. All claims alleged in the Plaintiff's Complaint and Amended Complaint against Defendant-SSPs shall be and are dismissed from this action with prejudice.

3. All counterclaims alleged in the Defendant-SSPs' Answer and Counterclaim, and Amended Answer and Counterclaim against Plaintiff shall be and are dismissed from this action with prejudice.

4. The Court shall retain jurisdiction of the action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Order and the Parties' Confidential Settlement Agreement. This Order may be modified or vacated pursuant to the terms of the Confidential Settlement Agreement.

                                                                                           _____
United States District Judge
Date/Time: _____

_____/s/_____         ___/s/*_____
Jonathan Ilsong Ahn, Esq.                                     James T. Wharton
Semmes, Bowen & Semmes                              David A. Rolling
250 W. Pratt Street                                                   Wharton, Levin, Ehrmantraut & Klein, P.A.
Baltimore, Maryland 21201                           P. O. Box 551
(410) 539-5040                                                       Annapolis, MD  21404-0551
                                                                                     (410) 263-5900
Attorney for Plaintiff

                                                                                     Attorneys for Defendants Seoul Shik Poom, Inc. and Joong Kwon

*see attached signature