IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **RHEE BROS., INC.** | * | |
| Plaintiff | * | CIVIL ACTION NO. AMD 01CV 1894 |
| v. | * | |
| **HAN AH REUM, Corp., et al** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO VACATE AND DISSOLVE ORDER
OF PERMANENT INJUNCTION**

Defendants (1) Han Ah Reum, Corp., t/a Han Ah Reum, (2) HAR Wheaton, Inc., t/a Han Ah Reum, and (3) Il Yeon Kwon (jointly and severally "Movants" or "Defendants"), move by consent to vacate and dissolve the Court's December 9, 2002 Order of Permanent Injunction.

BACKGROUND

About June 27, 2001, Plaintiff filed this action, against movants and others, seeking damages and injunctive relief for alleged trademark infringement ("Action"). About December 6, 2002, Plaintiff and Movants settled all disputes, in accordance with a Confidential Settlement Agreement ("Agreement"). Among other matters, the Agreement provided for the entry, of a Consent Order of Permanent Injunction, enjoining Movants from offering, selling, marketing, distributing, or otherwise promoting:

    a)    products manufactured or packaged by Seoul Shik Poom, Inc., using the Plaintiff's trademark "Soon Chang Chap Sal Hot Bean Paste" under the brand name of Choripdong or any other brand name, and

    b)    any products manufactured, supplied or distributed by a third party, or defined herein, using the Plaintiff's trademark "Soon Chang Chap Sal Hot Bean Paste."

As well, per a Stipulation filed with the Court December 6, 2002 (Docket # 36), Plaintiff and Movants agreed that the Court would retain jurisdiction of the action to entertain such further proceedings and to enter such further orders as might be necessary or appropriate to implement the provisions of the Parties' Confidential Settlement Agreement, which was incorporated by reference. The parties further agreed that the foregoing Order could be modified or vacated pursuant to the terms of the Confidential Settlement Agreement.

Paragraph 4 of the Court's Order of December 6, 2002 (Docket # 37), confirmed these provisions.

## ARGUMENT

Under the confidential settlement agreement, the defendants reserved the rights to seek modification or amendment to the order of permanent injunction with plaintiff's consent. In light of recent developments, the plaintiff has consented to Movants' motion to vacate and dissolve the order of permanent injunction.

We are authorized to state that Plaintiff consents to this Motion.

Respectfully submitted,

Dated: February 15, 2006

_____/blambiotte/_____
Benjamin Lambiotte, #12997
Garvey Schubert & Barer
1000 Potomac Street, N.W., 5th Floor
Washington, D.C. 20007
(202) 965-7880

Stephen C. Leckar, #08323
Butera & Andrews

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **RHEE BROS., INC.** | * | |
| **Plaintiff** | * | **CIVIL ACTION NO. AMD 01CV 1894** |
| v. | * | |
| **HAN AH REUM, Corp., et al** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER VACATING AND DISSOLVING ORDER OF PERMANENT INJUNCTION**

This matter coming on to be heard on Consent Motion to Vacate and Dissolve the Order of Permanent Injunction, the Court being advised in the premises, IT IS ORDERED that the permanent injunction entered on December 9, 2002 against Defendants Han Ah Reum, Corp. and HAR Wheaton, Inc., and their agents, employees, and those acting in concert with them (Docket #37), be and hereby is vacated and dissolved.

_____
United States District Judge

Date/Time: _____

1301 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20004
(202) 347-6875

Attorneys for Defendants Han Ah Reum, Corp. t/a Han Ah Reum, HAR Wheaton, Inc., t/a Han Ah Reum, and Il Yeon Kwon, individually and t/a Han Ah Reum

_____/pstringer/_____
H. Patrick Stringer, Esq.
Mudd, Harrison & Burch
105 W. Chesapeake, Suite 300
Towson, MD 21204
(410) 828-1335

Attorneys for Defendant HAR Wheaton, Inc.
T/a Han Ah Reum

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2006, a copy of the foregoing mailed, first class postage pre-paid, to the following counsel of record:

David A. Roling, Esq.
Wharton Levin Ehrmantraut Klein & Nash
104 West Street
P.O.Box 551
Annapolis, Maryland 21404-0551

Attorneys for Seoul Shik Poom, Inc. and Joong Kwon

Jonathan Ilsong Ahn, Esq.
Semmes, Bowen, & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

Attorneys for Rhee Bros., Inc.

_____
Benjamin Lambiotte

3