IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| RHEE BROS., INC. | * | |
| Plaintiff | * | CIVIL ACTION NO. AMD 01CV 1894 |
| v. | * | |
| HAN AH REUM, Corp., et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER VACATING AND DISSOLVING ORDER OF PERMANENT INJUNCTION**

This matter coming on to be heard on Consent Motion to Vacate and Dissolve the Order of Permanent Injunction, the Court being advised in the premises, IT IS ORDERED that the permanent injunction entered on December 9, 2002 against Defendants Han Ah Reum, Corp. and HAR Wheaton, Inc., and their agents, employees, and those acting in concert with them (Docket #37), be and hereby is vacated and dissolved.

/s/Andre M. Davis
_____
United States District Judge

Date/Time: February 16, 2006   10:30 a.m.